# EXHIBIT

# A

JB Pritzker
Governor



Rob Jeffreys
Acting Director

## The Illinois Department of Corrections

Pontiac Correctional Center
700 W. Lincoln Street, P.O. Box 99 • Pontiac, IL 61764 • (815) 842-2816 TDD: (800) 526-0844

To Offender Population,

Two men incarcerated at Pontiac Correctional Center are being treated for Legionnaire's disease at an outside hospital. The facility is beginning a water quality testing program through an outside laboratory so that we can monitor water quality data on an ongoing basis. In addition, the Illinois Department of Public Health is collecting information and conducting a water quality assessment.

Legionnaires' disease is not passed from person to person. Illnesses are most commonly associated with buildings that have complex water systems like correctional facilities. Most healthy people do not get Legionnaires' disease after being exposed to *Legionella* bacteria.

I can assure you we are taking this situation seriously and implementing all necessary measures to ensure your health and safety. We will continue to keep you updated on this developing situation.

Thank you,

L. Jackson
Warden

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

JB Pritzker  
Governor



Rob Jeffreys  
Director

## The Illinois Department of Corrections

Pontiac Correctional Center  
700 W. Lincoln Street, P.O. Box 99 • Pontiac, IL 61764 • (815) 842-2816 TDD: (800) 526-0844

# MEMORANDUM

DATE:  October 3, 2022

TO:  Individuals in Custody

FROM:  Mindi Nurse  
Acting Warden

SUBJECT: Legionella Update

---

Individuals in Custody,

It has come to our attention that one individual in custody at an outside hospital has tested positive for Legionella. It is unknown where this individual contracted Legionella. This individual has not been at the facility for over a week. After notification of the positive test, the facility removed each water source from use in areas this individual would have had contact.
To assist IDOC in its mitigation plan, the Illinois Department of Public Health is collecting information and conducting a water quality assessment. Water testing is scheduled for Monday, October 3, 2022.

Legionnaires' disease is not passed from person to person. Illnesses are most commonly associated with buildings that have complex water systems like correctional facilities. Most healthy people do not get Legionnaires' disease after exposure to *Legionella* bacteria.

I assure you we are taking this situation seriously and implementing all necessary measures to ensure your health and safety. Out of an abundance of caution, we have begun screening individuals in custody for symptoms and will continue to do so throughout the next week or two.

We will continue to keep you updated on this developing situation.

Thank you,

Acting Warden Nurse  
Assistant Warden Joiner

---

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

# EXHIBIT B

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender Infirmary Progress Notes**

_____Pontiac Corr_____ Center

Offender Information:

Last Name: HOLMAN  First Name: RICHARD  MI: ___  ID#: N06132

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10.24.22 1:45 PM | **INFIRMARY DISCHARGE SUMMARY BY:** (CIRCLE) MD  DENTIST  PSYCHIATRIST | **INFIRMARY DISCHARGE ORDERS:** 1. Disch. to cellhouse  2. CBC c diff, CMP on Thursday |
|  | ADMISSION DATE: 10.11.22 2PM |  |
| T 98.6°F R 16 P 72/r BP 110/82 O2 96/r | DISCHARGE DATE AND TIME: 10.24.22 1:45 PM  ADMITTING DIAGNOSIS: CKD  Hx of Aspir Pneumonia |  |
|  | DISCHARGE DIAGNOSIS: CKD  improving | **FOLLOW UP PLAN:** 1. NPSC in 10 days  2. Neph. F/u pending  3. Cont pres Rx |
|  | INFIRMRY COURSE: Pt returned from MIC s/p AKI on CKD cont to improve. Hx of Hemodialysis. Inf observation no incidential. Pt improve renal function improved. Discharged to cellhouse in stable med. condition. |  |
|  |  | noted ABartlett RN 10-24-22 |

Distribution: Offender's Medical Record

_Printed on Recycled Paper_

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

# EXHIBIT C

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
### Return of Grievance or Correspondence

Offender: __Holman__ __Richard__ ____ __N06132__
           Last Name        First Name         MI        ID#

Facility: __Pontiac__

☐ Grievance  Facility Grievance # (if applicable) __099765__ Dated: __12/1/22__   or ☐ Correspondence: Dated: _____
Received: __1/26/23__ Regarding: __Request transfer due to water__
           Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
- ☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.
- ☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.
- ☐ Provide dates when incidents occurred.
- ☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**
- ☐ Contact your correctional counselor or Field Services regarding this issue.
- ☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**
- ☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.
- ☒ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.
- ☐ This office previously addressed this issue on _____ Date
- ☐ No justification provided for additional consideration.

**Other** (specify) _____

Completed by: __RYAN A. KILDUFF__           Signature: __[signed]__           Date: __2/3/23__
              Print Name

Distribution: Offender        Printed on Recycled Paper        DOC 0070 (Rev. 3/2018)
              Inmate Issues

**INDIVIDUAL IN CUSTODY:** RICHARD HOLMAN N06132
**GREIVANCE #:** 099765
**DATE OF GREIVANCE:** 12/5/2022
**COUSELOR RESPONSE CONTINUED:**

Contacted the Chief Engineer D. Kennedy and he stated that he doesn't recall ever seeing the water in ECH or anywhere having black substances coming out of it. The water is supplied by the American Illinois Water and meets all regulatory standards. Per Chief Engineer D. Kennedy, PHIGENICS ANALYTICAL SERVICES LABORATORY provided the first test results with all ECH water tested being "potable". Chief Engineer D. Kennedy stated that the water at Pontiac is good to drink with no bacteria contamination found, no lead, and no copper. Overall, very good results.

D. Kennedy stated, Illinois Sustainable Technology Center, Institutional Water Treatment at University of Illinois at Urbana-Champaign are contracted to test the facility water for Legionella quarterly with the latest test results coming back negative from samples collected on 11/18/22.

D. Kennedy stated, specifically for ECH 203 or the 2 gallery shower, that was tested by IDPH and then by Phigenics. Both test results were negative for Legionella. The reopening use is pending permission from Springfield Operations. There were no legionella bacteria present.

Contacted Health Care and N. Hughes stated HOLMAN has not mentioned or complained about the water in ECH.

Pertaining to a Transfer request, HOLMAN currently has a Transfer Stop per Medical.

CCII D. Hedrick

**Date of Response:** 12/13/2022

*If choosing to submit for 2nd level processing, ensure this page (continuation page 3) is included with this submission.

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

PONTIAC CORRECTIONAL Center

Offender Information:
Holman, Richard   ID#: n06132

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12-8-22 1128 | hp no ⊕ O. pre op orders | 1. UA c̄ C&S 2. Cipro 500mg x 3 tabs, 1 noc before procedure, 1 AM before, 1 noc after procedure 3. fleets enema AM of procedure [signature] |

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

__PONTIAC CORRECTIONAL__ Center

Offender Information:

Last Name: Holman    First Name: Richard    MI: ___    ID#: n06132

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12-8-22 0900 | NP note S/O: Pt seen for first FU. Pt had renal US. Results pending. Pt req Rx for constipation and permit renewal. Ø c/o. Pt showed ~~A first FU~~ bilat LE edema 2+. Hx lasix use but was D/C'd due to Legionnaires. A: first | 1. ↑ fluid 2. lasix 20mg po QD x 3mo 3. Colace 100mg PO QD x 6 tabs given 4. foot pan [signature] VM Caem RN |

ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender Infirmary Vital Sign Graphic Flow Sheet

Offender Information:

_____  _____  ____  ID#:_____
Last Name                   First Name                 MI

Facility: Pontiac Correctional Center

(Blank graphic flow sheet form with columns for Date, Hosp Day/Po Day, Hour (4, 8, 12), Temperature rows 96–106, Pulse, Respiration, Blood Pressure (4 AM, 8 AM, Noon, 4 PM, 8 PM, Midnight), Weight/Height, Stools/Urine, Bath: C-P-T-S, Oral Hygiene, PM Care, Diet, Ate (W F P), Slept (W F P), Activity, Bed Rest, Bed positioning, R.O.M. Exercises, Whirlpool, Transfers, Walk, Other, and Staff Name rows 7-3, 3-11, 11-7.)

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0110 (Eff. 9/2002)
(Replaces DC 1705)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Vital Sign Graphic Flow Sheet

Offender Information:
Last Name: Holman
First Name: Richard
MI:
ID#: N06132
Facility: Pontiac Correctional Center

| Date | 10/21/22 | 10/22/22 | 10/23/22 | | | |
|---|---|---|---|---|---|---|
| Hosp Day/Po Day | | | | | | |
| Pulse | 106 | 93 | 103 | | | |
| Respiration | 18 | 18 | 20 | | | |
| BP 8 AM | | 115/81 | 107/69 | | | |
| BP 4 PM | 124/74 | | | | | |
| Stools/Urine | | Self care | | | | |
| Diet | | Reg. | | | | |
| Activity | | ↑ as tol | | | | |
| Other: | 97% O2 | 98%. | 96%. | | | |
| Staff 7-3 | L. Jarvis CNA | DPaquette CNA | DPaquette CNA | | | |
| Staff 3-11 | JMonroe | | | | | |
| Staff 11-7 | JMonroe | | | | | |

Distribution: Offender's Medical Record

DOC 0110 (Eff. 9/2002) (Replaces DC 1705)

ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender Infirmary Vital Sign
### Graphic Flow Sheet

**Offender Information:** HOLMAN (Last Name), RICHARD (First Name), MI: — ID#: N06132

**Facility:** Pontiac Correctional Center

| Date | 10-16-22 | 10-17-22 | 10-18-22 | 10/19/22 | 10/20/22 |
|---|---|---|---|---|---|
| Hosp Day/Po Day | | | | | |

Temperature chart (106–96): all cells marked "B"

| | 10-16-22 | 10-17-22 | 10-18-22 | 10/19/22 | 10/20/22 |
|---|---|---|---|---|---|
| Pulse | 76 | | 92 | | 96 |
| Respiration | | | 16 | | 18 |
| BP 4 AM | | | | | |
| BP 8 AM | 140/84 | | 128/72 | | |
| BP Noon | | | | | |
| BP 4 PM | | | | | 119/78 |
| BP 8 PM | | | | | |
| BP Midnight | | | | | |
| Weight / Height | | | | | |
| Stools / Urine | | | | | |
| Bath / Oral Hygiene / PM Care | Self | Self-Care | Self Care | | |
| Diet — Ate (W/F/P) | W 100 | | | | |
| Slept (W/F/P) | | | | | |
| Activity / Bed Rest / Bed positioning / R.O.M. / Whirlpool / Transfers / Walk | Self Rest | Tostel | Tostel | | |
| Other | 97% RA | | 95% RA | | 96% O2 |

**Staff Name**
- 7-3: John / CNayaCNA / CNayaCNA / L.Jarrett CNA
- 3-11: Monroe / Monroe / / / Kaustte K
- 11-7: Monroe / Monroe / / /

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0110 (Eff. 9/2002)
(Replaces DC 1705)

ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender Infirmary Vital Sign Graphic Flow Sheet

**Offender Information:**
Last Name: Holman    First Name: Richard    MI: ___    ID#: N06132
Facility: Pontiac Correctional Center

| Date | 10/11/22 | 10/12/22 | 10/13/22 | 10/14/22 | 10/15 |
|---|---|---|---|---|---|
| Pulse | | 83 | 88 | 93 | 68 |
| Respiration | | 16 | 17 | 16 | 18 |
| BP 4 AM | 96/70 | | | | |
| BP 8 AM | | 152/80 | 140/88 | 122/76 | |
| BP Noon | 97.0 | | | | |
| BP 4 PM | | | | | 94/5? |
| BP 8 PM | | self-care | self-care | self-care | self-care |
| Midnight Height | 81 | | | | |
| Stools/Urine | 110 | | | | |
| Bath C-P-T-S | 138/86 | | | | |
| Ate | | 25 | | 100 | |
| Activity | ↑as tol | ↑as tol | ↑as tol | ↑as tol | |
| Other | | 97%RA | 97%RA | 96%RA | 99%RA |

Staff Name:
7-3: C. Dyerma / Tseleskr RN ... 
3-11: Kriachi / Fury RN / Fury RN / Tangman RN / Kriachi
11-7: Monwen / Fury RN 05

Distribution: Offender's Medical Record

DOC 0110 (Eff. 9/2002)
(Replaces DC 1705)

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

Assigned Grievance #/Institution: Pontiac Correctional Center    Housing Unit: EPC    Bed #: 215

1st Lvl rec: DEC 05 2022                     2nd Lvl rec: JAN 03 2022

| Date: 12-1-22 | Offender (please print): Richard Holman | ID #: N06132 | Race (optional): N/A |

Present Facility: Pontiac Corr. Center    Facility where grievance issue occurred: Pontiac Corr. Center

**Nature of grievance:**
- [ ] Personal Property
- [ ] Mail Handling
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [x] Other (specify): health/safety - living conditions
- [ ] Disciplinary Report

Date of report _____    Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

- Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
- Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
- Chief Administrative Officer, only if EMERGENCY grievance
- Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I am currently housed in the East cellhouse P.C. unit. According to a local/news report in Feb. (7-14th) 2022, and the Pontiac Admin. - the East cellhouse was reported to be "condemned", however we inmates still remain housed and nothing has been done (rooftop) to fix the condemned issues. Additionally, the water in East cellhouse has also been reported to be unsafe for use + consumption. I personally

[x] Continued on reverse

Relief Requested:
Request to be transferred to an institution where I am not housed in an condemned building with contaminated water and suits my physical disabilities. Also I reserve the right to file civil complaint upon receiving more detailed information on the issues grieved in this complaint.

[ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[x] Check if this is NOT an emergency grievance.

Offender's Signature: _(signed)_    ID#: N06132    Date: 12-1-22

(Continue on reverse side if necessary)

Counselor's Response (if applicable)   Date Received: 12/5/22   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

# Please see page 3 for response and if you choose to submit at 2nd level include page 3.

Print Counselor's Name: COII D. Hedrick    Sign Counselor's Name: _(signed)_    Date: 12/13/22

RECEIVED JAN 26 2023 ADMINISTRATIVE REVIEW BOARD

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

EMERGENCY REVIEW:   Date Received: _____
Is determined to be of an emergency nature:
[ ] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature _____   Date _____

Distribution: Master File; Offender    Page 1 of 2    DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: Pontiac Correctional Center    Housing Unit: EPC    Bed #: 213

1st Lvl rec: DEC 05 2022    ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**    2nd Lvl rec: JAN 03 2022

have experienced a black substance (unknown) coming out of my sink water onto my clothes that I wash & drink. As a result, I have stomach aches & skin irritation. But most importantly, while housed in cell #203-East-house, I contracted the Legionnaires disease. The Pontiac institution acknowledge my contraction of the Legionella in a memorandum to all inmates dated Oct. 3, 2022 (Warden-Joiner) & (Warden Mindi Nurse). As a result, my cell #203 & the 2-gallery shower was locked so that no inmates can occupy them. Only one round of tests were done on the cell & shower. The initial results were that it came from the shower head on 2-gallery, but then all the officers in east cellhouse was told that the tests were negative. However, as of to date (12-1-22), cell #203 and 2-gallery shower has not been reopened for inmates to occupy, indicating contamination. After I was in the hospital UTC & Pontiac's health care, for the Legionnaires disease and other health problems, I was housed back on 2-gallery east house where the contaminated water still exist. Due to my prior physical disability, I did not leave the cellhouse, only going from my cell to the shower, therefore, my contraction of the Legionella had to have come from the east cellhouse water system.

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO OFFENDER'S GRIEVANCE

### Grievance Officer's Report

Date Received: 01/03/2023  Date of Review: 01/05/2023  Grievance # (optional): 099765

Offender: Holman, Richard  ID#: N06132

**Nature of Grievance:**

REQUESTS TRANSFER DUE TO CELL HOUSE WATER CONTAMINATED

**Facts Reviewed:**

Individual grieves that he to transfer out of East house due to the living conditions of East Cell House.

Counselor Hedrick's Response: Contacted the Chief Engineer D. Kennedy and he stated that he doesn't recall ever seeing the water in ECH or anywhere having black substances coming out of it. The water is supplied by the American Illinois Water and meets all regulatory standards. Per Chief Engineer D. Kennedy, PHIGENICS ANALYTICAL SERVICES LABORATORY provided the first test results with all ECH water tested being "potable". Chief Engineer D. Kennedy stated that the water at Pontiac is good to drink with no bacteria contamination found, no lead, and no copper. Overall, very good results.

D. Kennedy stated, Illinois Sustainable Technology Center, Institutional Water Treatment at University of Illinois at Urbana-Champaign are contracted to test the facility water for Legionella quarterly with the latest test results coming back negative from samples collected on 11/18/22.

[CONTINUED ON PG.2]

**Recommendation:**

Based upon a total review of all available information, it is the recommendation of this Grievance Counselor that the Individual in Custody's grievance be MOOT at this juncture due to correspondence with Chief Engineer. No further remedies for justification will be considered at this level. If individual is unsatisfied with the answer given they may forward complaint to the ARB for final review.

A. Leslie CCI
Print Grievance Officer's Name                    Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

Date Received: 1-9-23    ☒ I concur    ☐ I do not concur    ☐ Remand

**Action Taken:**

RECEIVED
JAN 26 2023
ADMINISTRATIVE REVIEW BOARD

M. Nurse
Chief Administrative Officer's Signature       1-9-23  Date

### Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Offender's Signature        N06132        1-17-23
                            ID#            Date

Distribution: Master File; Offender        Page 1        DOC 0047 (Rev. 3/2019)
Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE** (Continued)

[CONTINUED PG.2]

D. Kennedy stated, specifically for ECH 203 or the 2 gallery shower, that was tested by IDPH and then by Phigenics. Both test results were negative for Legionella. The reopening use is pending permission from Springfield Operations. There were no legionella bacteria present.

Contacted Health Care and N. Hughes stated HOLMAN has not mentioned or complained about the water in ECH.

Pertaining to a Transfer request, HOLMAN currently has a Transfer Stop per Medical.

This Grievance Counselors Correspondence: Contacted Stationary Chief Engineer Kennedy who stated that the water at Pontiac Correctional Center was tested in October and came back negative for contaminants, bacteria, lead, copper or any other contaminants the water is safe to drink at Pontiac Correctional Center. Pontiac CC receives their water from Illinois American water which is the water that is supplied to the entire town of Pontiac. He also stated that the is no formal or informal study done that shows East/West cell house being condemned.

Per DR 504.810 the grievance process shall not be utilized for administrative decisions made by the Director I.E. Institutional transfer.