E-FILED
Friday, 17 January, 2025  03:57:26 PM
Clerk, U.S. District Court, ILCD

# PRISONER CORRESPONDENCE FORM

Please fill out and return this form along with any other pleading you wish to submit to the court. It is your responsibility to keep the court advised of your current address in order for you to receive orders from the court. Failure to do so may result in dismissal of your case for want of prosecution. Once the Prisoner Correspondent records this information, this form will be destroyed.

**PLEASE PRINT**

1. Name:

   _RicHard HOLMAN_     _Lee_          _Holman_
   (First)             (Middle)         (Last)

   List Alias Names, if any: _NONE_

   _____

2. Any Current/Prior
   Prison ID Number(s): _N06132_

   Name of Prison(s): _Dixon Correctional Center_

3. Jail ID Number(s): _80C1-5_

   Name of Jail(s): _MADISON COUNTY_

4. Date of Birth: _AuguST 20, 1961_

5. Home Address (Do not use P.O. Box):

   Street Name and Number: _2600 North Brinton Avenue_

   City, State and Zip Code: _Dixon, Illinois 61021_