

UNITED STATES DISTRICT COURT
___CENTRAL___ DISTRICT OF ILLINOIS

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, or pleading, to the U.S. District Court for ___CENTRAL___ District of Illinois for review and filing.

___RICHARD HOLMAN___          ___N06132___
Name                          ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?   (Yes) or No

   If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?   Yes or (No)

   If yes, please list case number: _____

   If yes, but you do not know the case number, mark here: _____

3. Should this document be filed in a pending case?   Yes or (No)

   If yes, please list case number: _____

   If yes, but you do not know the case number, mark here: _____

4. Please list the total number of pages being transmitted:   62

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| COMPLAINT | ~~183~~ Pg. 39 |
| MOTION FOR ATTORNEY | Pg. 2 |
| MOTION TO PROCEED IN FORMA PAUPERIS | Pg. 4 |
| EXHIBIT | Pg. 17 |

Please note that discovery requests and responses are NOT to be filed; instead they should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.