IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| RICHARD HOLMAN N06132, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 25-cv-1019 |
| v. ) | |
| ) | Hon. Judge Colin Stirling Bruce |
| MINDI NURSE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO COMPEL**

NOW COMES Defendant, Katina Joiner and Mindi Nurse, by and through their attorney, Kwame Raoul, Attorney General of the State of Illinois, and respectfully submits his Motion to Compel. In support thereof, Defendant states as follows:

1. On April 9, 2025, the Court issued a Scheduling Order that directed Plaintiff to provide his initial disclosures to Defendant by May 9, 2025. Dkt. 12.

2. To date, Defendant has not received Plaintiff's initial disclosures.

3. In light of Plaintiff's failure to comply with the Court's Scheduling Order regarding his initial disclosures, Defendant respectfully request this Court enter an order compelling Plaintiff to provide them within 14 days.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully requests this honorable Court grant their Motion to Compel and for such further relief as the Court finds reasonable and just.

Dated: July 24, 2025

|  |  |
|---|---|
| KWAME RAOUL<br>Attorney General of Illinois | Respectfully Submitted,<br>By: /s/ Ryan A Farrisee<br>ARDC # 6349156<br>Assistant Attorney General<br>General Law Bureau<br>Office of the Illinois Attorney General<br>115 South LaSalle Street<br>Chicago, Illinois 60603<br>(773) 835-0222<br>Ryan.Farrisee@ilag.gov |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 24, 2025, Defendants' Motion to Compel was filed with the Clerk of the Court for the Central District of Illinois by using the CM/ECF system. All participants are registered users who will be served by the CM/ECF electronic filing system.

The undersigned further certifies that he mailed a copy of the Certificate of Service to the pro-se Plaintiff at the following address via First Class Mail USPS:

Richard Holman N06132
Dixon Correctional Center
2600 N. Brinton Ave.
Dixon, IL 61021

| | | |
|---|---|---|
| KWAME RAOUL<br>Attorney General of Illinois | By: | */s/ Ryan A. Farrisee*<br>ARDC # 6349156<br>Assistant Attorney General<br>General Law Bureau<br>Office of the Illinois Attorney General<br>115 South LaSalle Street<br>Chicago, Illinois 60603<br>(312) 835-0222<br>Ryan.Farrisee@ilag.gov |